# Proof Of Service Affidavit

**Origin:** USDC/WD:OK  **Case Number:** CIV 04 0037 HE

**Plaintiff/In Re:** UNITED STATES OF AMERICA

**Defendant(s):** TITAN MANAGEMENT, INC., ET AL

---

I, _____Teresa Reece_____, being duly sworn, certify that I received the foregoing, to wit:

Summons/Complaint For Permanent Injunction

**For service upon:** *ERIC WOLF*

And that on ___Feb 15, 2004___ at ___5:50 pm___, I served the same on the above named by delivering copies of the same to: ___SHELLI BUNN___, who identified himself / herself as a/the ___Resident___ at an address of ___6413 BRENTWOOD PLACE, OKLAHOMA CITY, OK 73132___ which is identified as a

☒ residential address   ☐ business / employment address.

I completed the above service in the following manner:

☐ **PERSONAL SERVICE:** By delivering said process to the above named person(s).

☒ **RESIDENTIAL SERVICE:** By leaving a copy of said process for the above named, at their usual place of abode or dwelling, with an individual who identified himself / herself as a resident / family member fifteen years of age or older.

☐ **PERSONAL / RESIDENTIAL SERVICE:** By personally delievering a copy of said process to the above indicated person and, additionally, by leaving a copy for _____ with said individual who identified himself / herself as a resident / family member fifteen years of age or older.

☐ **CORPORATION / PARTNERSHIP / UNICORPORATED ASSOCIATION, ETC.:** By delivering a copy of said process for the above named enity, with the person indicated, as required by law.

☐ **POSTED SERVICE:** By affixing a copy of said process at the address indicated, which is believed to be in the possession of the above named individual / enity, in a conspicuous manner as required by law.

☐ **SERVICE BY MAIL:** By mailing a copy of said process to the above named at the address indicated as required by law in the following manner:
   ☐ First Class Mail   ☐ Certified Mail   ☐ Restricted Delivery   ☐ Return Receipt Requested

☐ **OTHER INFORMATION:**

**FILED**
FEB 1 7 2004
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT WESTERN DIST. OF OKLA.
BY _____ DEPUTY

Subscribed and sworn to before me this _16_ day of _Feb_ 2004 in Oklahoma County.

_____
Notary Public

Undersigned declares under penalty of perjury that the foregoing is true and correct,

_____Teresa Reece_____ PS-2003-43
Signature of Server   PS #

(SEAL)
BARBARA J FREELAND
Oklahoma County
Notary Public - Oklahoma
My commission expires Oct. 03, 2004

*Jerry M. Freeland's*
**LEGAL SUPPORT SERVICES OF OKLAHOMA, INC.**
217 N. Harvey, Suite 405 • OklahomaCity, Oklahoma 73102 • (405) 232-1025
*** 28 Years of Service ***

Rev. 11/09/02

# United States District Court

Western                    DISTRICT OF                    Oklahoma

United States of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

Plaintiff(s),

v.

Joseph E. Wolf, Eric Wolf, *et al.*

CIV-04-0037-HE

Defendant(s).

**TO:** (Name and Address of Defendant)

Eric Wolf
6413 Brentwood Place
Oklahoma City, OK 73132

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

  Hilarie Snyder
  Tax Division
  U.S. Department of Justice
  P. O. Box 7238
  Ben Franklin Station
  Washington, DC  20044

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT D. DENNIS, CLERK                         JAN 15 2004

CLERK                                            DATE

*Nancy E Metcalf*

BY DEPUTY CLERK